UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLSHIRE FARMS, INC., and HAHN BROS., INC.,<br><br>Defendants. | Index No.:1:14-CV-00041-NLH-AMD |

NOTICE OF HAHN BROTHERS, INC.'S MOTION
TO DISMISS THE CLAIMS ASSERTED AGAINST
IT IN THE FIRST AMENDED COMPLAINT

**TO:**   James M. Andrews, Esq.
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road
Red Bank, NJ 07701

Judith Jennison, Esq.
Perkins Coie, LLP
1201 Third Avenue – Suite 4900
Seattle, WA 98101

**PLEASE TAKE NOTICE** that Carroll, McNulty & Kull LLC and Crosswhite, Limbrick & Sinclair, LLP, counsel for defendant, Hahn Brothers, Inc., ("Hahn") shall move before United States District Court for the District of New Jersey, located at Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, NJ 08101 on May 19, 2014 at 9:00 a.m. or as soon thereafter as counsel may be heard, for the entry of an Order dismissing the claims asserted against Hahn in the First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Hahn shall rely upon its Memorandum of Law in Support of Hahn's Motion to Dismiss the Claims Asserted Against it in the First Amended Complaint, and the exhibit attached thereto.

**PLEASE TAKE FURTHER NOTICE** that Hahn requests oral argument on all issues raised by this Notice of Motion.

Respectfully submitted,

s/ Timothy B. Parlin
Margaret F. Catalano
Timothy B. Parlin
**CARROLL McNULTY & KULL LLC**
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Telephone:    (908) 848-6300
Facsimile:    (908) 848-6310

and

Heather R. Beygo (admitted *pro hac vice*)
Kimberly L. Limbrick (admitted *pro hac vice*)
**CROSSWHITE, LIMBRICK & SINCLAIR, LLP**
25 Hooks Lane, Suite 310
Baltimore, Maryland 21208
Telephone: 410-653-6890
Fax: 410-653-6896

*Attorneys for Defendant,*
*Hahn Brothers, Inc.*

Dated: April 17, 2014