UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLSHIRE FARMS, INC., and<br>HAHN BROS., INC.,<br><br>    Defendants.<br><br><br>WELLSHIRE FARMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>SK FOOD GROUP, INC.,<br><br>    Third-Party Defendant. | Civil No. 14-0041 (NLH/AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___20th___ day of ___November___, 2014

ORDERED the defendant Hahn Bros., Inc.'s motion to dismiss [86] is DENIED WITHOUT PREJUDICE.


At Camden, New Jersey

                                            s/ Noel L. Hillman
                                            Noel L. Hillman, U.S.D.J.